JPML FORM 1A                          DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 307 -- IN RE MAIN INSURANCE COMPANY LITIGATION

| Date | No. Code | |
|---|---|---|
| 4/29/77 | 1 | MOTION, BRIEF, EXHIBIT A, EXHIBIT B, Certificate of Service STONEWALL INSURANCE COMPANY for transfer of A-1 under 28 U.S.C. §1407 SUGGESTED TRANSFEREE DISTRICT -- N. D. ALABAMA |
| 5/9/77 | | APPEARANCES -- ROBERT E. NORD, ESQUIRE -- Specialty Underwriters, Inc. GILBERT E. JOHNSTON, ESQ. -- Stonewall Insurance Co. Barry T. McNamara, Esq. -- MAIN INSURANCE CO. |
| 5/10/77 | | APPEARANCE -- MALCOLM S. KAMIN, ESQ. for Mainway Financial Corp. |
| 5/13/77 | 2 | RESPONSE -- Specialty Underwriters, Inc., w/cert. of service. |
| 5/16/77 | 3 | Memorandum in opposition to motion to transfer -- Main Ins. Co. w/cert. of service. |
| 5/16/77 | 4 | Response -- Mainway Financial Corp., Barbara J. Reib, William Reib, James W. Pearcy and Julius Blumoff w/cert. of service. |
| 6/1/77 | | HEARING ORDER -- Setting A-1 and A-2 for hearing -- June 24, 1977 Washington, D.C. |
| 6/15/77 | | REQUEST FOR CONTINUANCE OF HEARING -- Stone Wall Ins. Co. |
| 6/15/77 | | ORDER -- Vacating Hearing Order June 1, 1977 -- Setting Litigation for hearing on June 24, 1977 -- Notified counsel and involved judges. |
| 8/26/77 | | HEARING ORDER -- Setting A-1 and A-2 for hearing, September 30, 1977 Boston, Massachusetts. |
| 9/20/77 | | LETTER -- MOVANTS STONEWALL INSURANCE CO. -- WITHDRAWING MOTION w/certificate of service |
| 9/20/77 | | ORDER GRANTING PERMISSION TO WITHDRAW MOTION AND VACATING HEARING FILED TODAY, NOTIFIED COUNSEL, CLERKS, INVOLVED JUDGES |
| 9/20/77 | | CORRECTION ORDER -- Correcting Order filed 9/20/77 to reflect correct district courts |

JPML Form 1  9/20/77   Minute Order  (MOTION WITHDRAWN)

DOCKET NO. 307 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MAIN INSURANCE COMPANY LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____   Consolidation Denied M/W 9/20/77

Opinion and/or Order _____

Citation _____

Transferee District _____   Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Specialty Underwriters, Inc. v. Mainway Financial Corp., et al. | N.D.Ill Kirkland | 77C 132 | | | | |
| A-2 | Stonewall Insurance Co. v. Main Insurance Co. | N.D.Ala | CA77 L0044S | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 307 -- IN RE MAIN INSURANCE COMPANY LITIGATION

SPECIALTY UNDERWRITERS, INC.
Robert E. Nord, Esquire
Hinshaw, Culbertson, Moelmann,
  Hoban & Fuller
69 West Washington St.
Chicago, Illinois  60602

STONEWALL INSURANCE CO.
Gilbert E. Johnston, Esquire
Johnston, Barton, Proctor,
  Swedlaw & Naff
1212 Bank for Savings Bldg.
Birmingham, Ala.  35203

RICHARD L. MATHIAS, DIRECTOR OF
THE STATE OF ILLINOIS, AS
REHABILITATOR OF MAIN INSURANCE CO.
Barry T. McNamara, Esquire
O'Brien, Carey, McNamara
  & Scheuneman
39 South LaSalle Street
Chicago, Illinois  60603

MAINWAY FINANCIAL CORP.
Malcolm S. Kamin, Esquire
180 North LaSalle Street
Suite 3800
Chicago, Illinois  60601


WILLIAM N. REIB
JULIUS BLUMOFF
JAMES PEARCY
B. J. REIB
Arvey, Hodes, Costello
  & Burman
180  North LaSalle Street
Chicago, Illinois  60601