DOCKET NO. 307

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MAIN INSURANCE COMPANY LITIGATION

ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING

It appearing that movant desires to withdraw its motion to transfer pursuant to 28 U.S.C. §1407 the action pending in the Northern District of Illinois and listed on the attached Schedule A for coordinated or consolidated proceedings with the action pending in the Northern District of Alabama listed on Schedule A,

IT IS THEREFORE ORDERED that the movant's request to withdraw its motion be granted and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the hearing order filed on August 26, 1977, and the schedule attached hereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

Attachment

**CORRECTED**

SCHEDULE A.                                              DOCKET NO. 307

### NORTHERN DISTRICT OF ILLINOIS

Sepcialty Underwriters, Inc. v. Mainway        Civil Action
Financial Corp., et al.                         No. 77C132

### NORTHERN DISTRICT OF ALABAMA

Stonewall Insurance Co. v. Main Insurance      Civil Action
Co.                                             No. CA77 L0044S

SCHEDULE A.                                              DOCKET NO. 307

DOCKET NO. 307

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MAIN INSURANCE COMPANY LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
SEP 20 1977
PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER DEEMING MOTION WITHDRAWN AND VACATING HEARING

It appearing that movant desires to withdraw its motion to transfer pursuant to 28 U.S.C. §1407 the action pending in the Northern District of Illinois and listed on the attached Schedule A for coordinated or consolidated proceedings with the action pending in the Northern District of Illinois listed on Schedule A,

IT IS THEREFORE ORDERED that the movant's request to withdraw its motion be granted and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the hearing order filed on August 26, 1977, and the schedule attached hereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

*John Minor Wisdom*

———————————————
John Minor Wisdom
Chairman

Attachment

SCHEDULE A.                                              DOCKET NO. 307

### NORTHERN DISTRICT OF ILLINOIS

Sepcialty Underwriters, Inc. v. Mainway          Civil Action
Financial Corp., et al.                          No. 77C132

### NORTHERN DISTRICT OF ALABAMA

Stonewall Insurance Co. v. Main Insurance        Civil Action
Co.                                              No. CA77 L0044S